2530.31633

CLAYTON U. HALL, ESQ./S.B. #88535
MOLLY E. THURMOND, ESQ./S.B. #104973
HALL, HIEATT & CONNELY, LLP                    CLOSED
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Telephone: (805) 544-3830
Facsimile:  (805) 544-5329

Attorneys for Defendants,
COUNTY OF SAN LUIS OBISPO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD WALSH, | ) | No. CV 07-07133 RGK (AGRx) |
| Plaintiff, | ) | [*Assigned to Honorable R. Gary Klausner*] |
| vs. | ) | JUDGMENT |
| COUNTY OF SAN LUIS OBISPO; SAN LUIS OBISPO COUNTY SHERIFF'S DEPARTMENT; ANIMAL SERVICES;  ERIC ANDERSON, DIRECTOR OF SAN LUIS OBISPO COUNTY ANIMAL SERVICES; PAT HEDGES, SHERIFF; STEVE BOLTS, UNDERSHERIFF, AND DOES 1 - 50, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Defendants' Motion for Summary Judgment, set for hearing on September 8, 2008, was taken under submission by the Court, the Honorable R. Gary Klausner presiding.  The Court having fully considered the submitted pleadings, the issues, evidence and arguments therein and a decision having been duly rendered on September 25, 2008,

IT IS ORDERED that plaintiff take nothing and that his federal causes of action against the individual defendants and each of them, be dismissed on the merits;

1        IT IS FURTHER ORDERED that plaintiff's federal causes of action against the

2    County of San Luis Obispo and its named departments be dismissed;

3        IT IS FURTHER ORDERED that plaintiff's state law claims be dismissed on

4    the basis of lack of subject matter jurisdiction.

5

6    Dated: October 7, 2008 

7                                 HONORABLE R. GARY KLAUSNER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28